**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONAL DOUEIL EUSTACHE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SANDRA D. ANDERSON, Chief Counsel for the U.S. Department of Homeland Security, et al.,<br><br>　　　　　Respondents. | Case No. CV 16-5936 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections.[1] After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court

---

[1] After the Report and Recommendation issued, Petitioner filed (1) a "Motion Requesting Summary Judgment" (Dkt. No. 9); (2) a "Rule 59(e) Motion to Alter or Amend Judgement" (Dkt. No. 10); (3) a Request "To Have This Tort Claim Filed In Abeyance" (Dkt. No. 11); and (4) a "Declaration of Truth" (Dkt. No. 12). These documents either assert objections to the Report and Recommendation or to re-argue points raised in the Petition. The Court accordingly construes these documents as Petitioner's Objections.

concurs with and adopts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 12/22/16

　　　　　　　　　　　　　　　　　　　　　　　　　
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2