**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONAL DOUEIL EUSTACHE, | Case No. CV 16-5936 JLS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SANDRA D. ANDERSON, Chief Counsel for the U.S. Department of Homeland Security, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 12/22/16

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE